THE RANDOLPH NATIONAL BANK, Real and Ruth Gendron v. John Holmes ANDRUS and Richard E. McConnell, No. 164-77

November 8, 1977. Motion for remand denied; motion to dismiss granted.

Linda KANE v. Patrick W. KANE, No. 25-77

November 8, 1977. Appeal dismissed for failure to comply with Progress Order of October 4, 1977.

Huguette POULIOT v. Gilles L. POULIOT, No. 195-77

November 8, 1977. Appeal dismissed for failure to comply with Progress Order of October 5, 1977.

Bonnie Sue KINNEY v. Thomas L. HAYES, No. 309-77

November 8, 1977. Petitioner was heard ex parte by the full Court upon her complaint for extraordinary relief (as amended) under V.R.A.P. 21 and her request for issuance of process and ex parte temporary stay of the deposing of one Randolph D. Brock, III, in connection therewith. It not being made to appear that good grounds exist for the relief sought, the same is denied.

Done in Chambers, this 8th day of November, 1977.

Bonnie Sue KINNEY v. Thomas L. HAYES, No. 309-77

November 10, 1977. The amended complaint in the above-captioned case presenting no basis to change the entry of November 8, 1977, the entry remains: It not being made to appear that good grounds exist for the relief sought, the same is denied.

Bonnie Sue KINNEY v. Randolph D. BROCK, III, and Champlain Security Systems, No. 312-77

November 10, 1977. Motion for Stay, Injunctive Relief and Temporary Restraining Order pending disposition of the appeal is denied.

VALLEY REALTY & DEVELOPMENT, INC. v. Dell WILSON and Kathleen Wilson, No. 147-77

November 10, 1977. Appeal dismissed for failure to comply with Progress Order of October 4, 1977.

Bradley C. LUMBRA, SR. v. Betty L. LUMBRA, No. 301-76

November 10, 1977.

The Chief Justice sat at hearing of this case, but having determined he was disqualified, took no part in the disposition.